■ In the Matter of JENNIFER D., Respondent, v ARTISE C.J., Appellant. [62 NYS3d 346]—

Order, Family Court, Bronx County (Peter J. Passidomo, J.), entered on or about June 8, 2015, which, upon finding that respondent father had willfully violated a court order mandating child support payments, sentenced him to incarceration for a term of six months, and set the purge amount at $5,000, unanimously affirmed, without costs.

The father failed to rebut prima facie evidence of his willful violation of the order of support entered on or about February 25, 2014 (*see* Family Ct Act § 454 [3] [a]). The father failed to present credible evidence that his alleged medical condition rendered him unable to provide support for the parties' children, or that he was financially unable to pay (*see e.g. Matter of April G. v Duane M.*, 105 AD3d 491 [1st Dept 2013]). The father also failed to provide proof that he diligently sought gainful employment during the relevant time period (*see Matter of Maria T. v Kwame A.*, 35 AD3d 239, 240 [1st Dept 2006]). Nor did he provide documentation in support of his uncorroborated testimony that he had only recently obtained employment as a sales representative, earning $200/week plus commission. The Support Magistrate found the father's testimony to be not credible, and there is no basis to disturb that determination (*see Matter of Everett C. v Oneida P.*, 61 AD3d 489 [1st Dept 2009]). Evidence of the father's online social media profile reflected travel and other activity that belied his claim that he was without funds to pay support (*see e.g. Matter of Powers v Horner*, 12 AD3d 609, 609 [2d Dept 2004]).

The extent of civil contempt incarceration is broadly within Family Court's discretion, and commitment for up to six months and a purge amount of $5,000 is not excessive under the circumstances (*see e.g. Matter of Columbia County Support Collection Unit v Risley*, 27 NY3d 758 [2016]).

We have considered the father's remaining arguments and find them unavailing. Concur—Friedman, J.P., Richter, Andrias, Gische and Moulton, JJ.